# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENELLE LAUCHMAN, PT, AN INDIVIDUAL; AND SELECT PHYSICAL THERAPY, D/B/A SELECT PHYSICAL THERAPY HOLDINGS, INC., A DELAWARE CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TARA D. CLARK NEWBERRY, DISTRICT JUDGE,
Respondents,
and
MICHAEL D. TARLTON, AN INDIVIDUAL,
Real Party in Interest.

No. 82866

FILED

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioners' notice of withdrawal of this petition for a writ of mandamus is treated as a motion to voluntary dismiss this petition and granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-30587

cc: Hon. Tara D. Clark Newberry, District Judge
Alverson Taylor & Sanders
H&P Law, PLLC
Eighth District Court Clerk